IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RASHAD SHERIFE OLIPHANT,

      Appellant,

v.

S. E. WELLHAUSEN, Warden, at
Columbia Institution for D.O.C.;
MICHAEL D. CREWS, Secretary
of Florida Department of
Corrections,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-727

_____/

Opinion filed August 13, 2014.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Rashad Sherife Oliphant, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Beverly Brewster, Department of
Corrections, Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.